IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, <br>     Plaintiff <br><br> v. <br><br> ROYAL FREIGHT, L.P. and NERI OLIVAREZ, individually and as personal representative and heir of the estate of JORGE OLIVAREZ, deceased, <br>     Defendants | § § § § § § § § § § § § § | CASE N0.  7:16-cv-00636 |

### DEFENDANT UNITED SPECIALTY INSURANCE COMPANY'S
### MOTION TO DISMISS WITHOUT PREJUDICE

TO THE COURT:

Defendant UNITED SPECIALTY INSURANCE COMPANY, ROYAL FREIGHT, LP and NERI OLIVAREZ, individually and as personal representative and heir of the estate of JORGE OLIVAREZ, deceased, files this as its Motion to Dismiss Without Prejudice:

### Background and Motion

The Underlying Lawsuit between NERI OLIVAREZ, individually and as personal representative and heir of the estate of JORGE OLIVAREZ and ROYAL FREIGHT, L.P. has settled. As a result, USIC no longer needs to pursue declaratory relief. USIC, NERI OLIVAREZ, individually and as personal representative and heir of the estate of JORGE OLIVAREZ and ROYAL FREIGHT, L.P. moves this Court to dismiss this case, without prejudice to the refiling of same.

**Prayer**

USIC, NERI OLIVAREZ, individually and as personal representative and heir of the estate of JORGE OLIVAREZ and ROYAL FREIGHT, L.P. pray that this Court dismiss the pending action, without prejudice to the refiling of same, should it become necessary in the future.

>Respectfully Submitted,
>
>BY:   /s/George T. Jackson
>George T. Jackson
>Texas Bar No. 10466950
>Fed. ID 15072
>5615 Kirby Drive, Suite 900
>Houston, TX  77005
>(713)626-1555 Telephone
>(713)622-8077 Telecopier
>gjackson.atty@bushramirez.com
>**of counsel BUSH & RAMIREZ, PLLC**

**ATTORNEY FOR PLAINTIFF**
**UNITED SPECIALTY INSURANCE COMPANY**

Shidlofsky Law Firm PLLC

BY:   /s/ Douglas Skelly              *by permission
Douglas P. Skelley
SBN:  24056335 / SDTX:  903934
7200 N. Mopac Expressway, Suite 430
Austin, TX  78731
Tel:  512-685-1400
Fax:  866-232-8710
doug@shidlofskylaw.com

**Attorneys for ROYAL FREIGHT, L.P.**

Law Office of Guerra, Guerra & Associates

BY:   /s/ Arnulfo Guerra   *by permission
Arnulfo Guerra, Jr.
Federal ID No. 2732 / SBN: 08574100
1418 Beech Avenue Suite 136
McAllen, Texas 78501
Telephone: (956) 322-8767
Facsimile: (866) 333-7303
guerralaw@gmail.com
arnulfoguerra@aghglaw.com

**Attorneys for NERI OLIVAREZ, individually and as personal representative and heir of the estate of JORGE OLIVAREZ**