UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-636 |
| | § | |
| ROYAL FREIGHT, LP, *et al*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, this Court considered the Motion to Dismiss Without Prejudice filed by UNITED SPECIALTY INSURANCE COMPANY, ROYAL FREIGHT, LP and NERI OLIVAREZ, individually and as personal representative and heir of the estate of JORGE OLIVAREZ. Having considered the Motion, this Court **ORDERS** that this case be and hereby is **DISMISSED**, without prejudice to the refiling of same.

This is a final order.

All relief not expressly granted is **DENIED**.

SO ORDERED this 5th day of September, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge